## CITY OF ST. LOUIS v. ST. LOUIS & SUBURBAN RAILWAY COMPANY et al., Appellants.

**In Banc, January 25, 1915.**

Appeal from St. Louis City Circuit Court.—*Hon. Daniel D. Fisher,* Judge.

AFFIRMED.

For attorneys and briefs, see *ante,* p. 393.

WALKER, J.—This case involves the same issues and is controlled by like principles of law declared by this court in City of St. Louis, Respondent, v. United Railways Company, Appellant, numbered 17254, decided at this term, therefore, the judgment in this case (No. 17525) is affirmed, and it is so ordered. *Lamm, C. J.,* and *Woodson* and *Brown, JJ.,* concur. *Graves, J.,* dissents in a separate opinion filed in No. 17254, in which *Bond* and *Faris, JJ.,* concur.

For the reasons stated in City of St. Louis v. United Railways Company, reported at page 387 of this Report, the judgment in this case is affirmed.

